No. 11–495.  NELSON v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 11–519.  CONWILL v. MISSISSIPPI.  Cir. Ct. Miss., Madison County.  Certiorari denied.

No. 11–531.  GAMORY v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 11–563.  QUINONES v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 11–572.  COUNTRYWIDE FINANCIAL CORP. ET AL. v. LUTHER ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 11–5047.  CASTILLO v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 11–5210.  ROGERS v. MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 11–5315.  HINES v. TENNESSEE.  Ct. Crim. App. Tenn. Certiorari denied.

No. 11–5384.  JACOBSON ET AL. v. SCHWARZENEGGER ET AL. C. A. 9th Cir.  Certiorari denied.

No. 11–5482.  CROPPER v. COLORADO.  Sup. Ct. Colo.  Certiorari denied.

No. 11–5628.  RODRIGUEZ v. TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 11–5862.  KEMP v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 11–5946.  BLACKMON v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

